# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          CRIMINAL NO. 2006-10201-PBS

THOMAS WADE,
    Defendant.

## ORDER PURSUANT TO RULE 32.1(a)(1), FED. R. CRIM. P.

COLLINGS, U.S.M.J.

The defendant appeared before me with counsel on July 2, 2008. He stated that he wished to waive his right to a preliminary hearing pursuant to Rule 32.1(a)(1), Fed. R. Crim. P.

After being fully advised, the defendant signed a written waiver of his right to a preliminary hearing on the record in open Court.

Accordingly, pursuant to Rule 32.1(a)(1), Fed.R.Crim.P., it is ORDERED that the defendant be, and he hereby is, held for a final revocation hearing before the District Judge to whom this case is assigned *on Monday, July 14m*

*2008 at 3:30 P.M.* at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

ALL PAPERS ARE RETURNED TO THE CLERK'S OFFICE. The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: July 2, 2008.